IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HASSAN SIDIBEH,

    Petitioner,

v.

                          CASE NO. 2:12-CV-558
                          JUDGE GRAHAM
                          MAGISTRATE JUDGE KING

TIM BUCHANAN, WARDEN,

    Respondent.

## ORDER

On December 17, 2012, the United States Magistrate Judge recommended that the motion to dismiss, Doc. No. 6, be granted. *Report and Recommendation*. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. The motion to dismiss, Doc. No. 6, is **GRANTED**. This action is **DISMISSED** without prejudice as unexhausted.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

Date: 1-7-13

_____
James L. Graham
United States District Judge

1